IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER STANTON, | ) |
| Plaintiff, | ) Civil Action No. 11-5405 |
| v. | ) |
| NATIONAL CREDIT WORKS, INC., et al., | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly enter Plaintiff's voluntary dismissal as to Defendants National Credit Works, Inc. and Gregory G. Emminger without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

                                            **FRANCIS & MAILMAN, P.C.**

                      BY:    */s/ Gregory Gorski*
                                   GREGORY GORSKI, ESQUIRE
                                   Attorneys for Plaintiff
                                   Land Title Building, 19th Floor
                                   100 South Broad Street
                                   Philadelphia, PA 19110
                                   (215) 735-8600

Dated: December 13, 2011